UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHATMAN ELECTRIC, INC.,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**INTERIOR SYSTEMS, INC.,**<br><br>　　Defendant. | Civil Action No.  04-2117 (JMF) |

**ORDER**

　　In accordance with the accompanying Memorandum Opinion, it is, hereby,

　　**ORDERED** that Chatman Electric, Inc.'s Motion to Preclude Evidence at Trial is **DENIED.**

　　**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: